FRANK A. BUONO, JR. v. COURT GREEN CORPORATION.

May 3, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RUSSELL DIVELY.

May 3, 1982.

Petition for certification denied.

ANNIE JONES v. JOHN MCCABE, SR.

May 3, 1982.

Petition for certification denied.

KATHRYN B. ZIGMONT v. BOARD OF TRUSTEES OF THE TEACHERS' PENSION AND ANNUITY FUND.

May 3, 1982.

Petition for certification granted. (See 182 *N.J. Super.* 50)